United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT I. SERRANO,

Plaintiff,

v.

CYNTHIA ROJAS, et al.,

Defendants.

Case No. 26-cv-02253-RMI

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to 3: 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

**IT IS SO ORDERED.**

Dated: March 31, 2026

ROBERT M. ILLMAN
United States Magistrate Judge