UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO SILVA NESME,

　　　　Plaintiff,

　　v.

EDWARD BORLA, et al.,

　　　　Defendants.

Case No.  26-cv-02638-RMI

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

　　　Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to 3: 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

　　　**IT IS SO ORDERED.**

Dated: March 31, 2026

_____

ROBERT M. ILLMAN
United States Magistrate Judge